THE CONTINENTAL BANK NOTE COMPANY, RESPONDENT, *v.* THE INDUSTRIAL EXHIBITION COMPANY, APPELLANT.

*Order of reference — long account.*

The complaint contained two counts, each for work, labor and materials. The services were performed, and materials furnished, in engraving and printing a large number of bonds, coupons and certificates. From the schedule appended to the complaint, it could not certainly be determined whether the cause was referable. Plaintiff's agent made an affidavit, which was used on the motion, which stated positively that the trial of the action would require the examination of a long account. The answer was a general denial, and the affidavit of plaintiff's agent was in no way controverted; *held*, that the court had sufficient before it, to justify the making of an order referring the cause.

APPEAL from an order, made by Mr. Justice LAWRENCE, referring this action to a referee to hear and determine the whole issues therein.

*John L. Cadwalader,* for the appellant.

*Jos. J. Marrin,* for the respondent.

Opinion by DANIELS, J.

Order affirmed, with costs.